## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |
|---|---|
| **YETI Coolers, LLC,** | |
| **Plaintiff,** | **Civil Action No. 1:17-cv-00413-RP** |
| **v.** | **Judge Robert L. Pitman** |
| **Gametime Sidekicks, LLC,** | |
| **Defendant.** | |

### STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, YETI Coolers, LLC ("YETI"), and Defendant, Gametime Sidekicks, LLC ("Gametime"), by and through their respective counsel, hereby stipulate to the dismissal of this action with prejudice, including all claims, counterclaims, and defenses asserted therein. YETI and Gametime each shall bear their own costs and attorneys' fees.

YETI and Gametime acknowledge that they have entered into a Settlement Agreement in resolution of this action. The Court shall retain jurisdiction over YETI and Gametime for the purpose of enforcement of or the resolution of any dispute arising from their settlement or related to their Settlement Agreement.

Dated: September 11, 2018

So Stipulated:

By:  /s/ John A. Webb, Jr.
Joseph R. Knight
Texas Bar No. 11601275 jknight@ebbklaw.com
Ewell Brown Blanke & Knight LLP
111 Congress Avenue, 28th Floor
Austin, TX 78701
Telephone: (512) 770-4010
Facsimile: (512) 684-7681

Joseph J. Berghammer (admitted in the Western
District of Texas)
Illinois Bar No. 6273690
jberghammer@bannerwitcoff.com
Michael L. Krashin (admitted *pro hac vice*)
Illinois Bar No. 6286637
mkrashin@bannerwitcoff.com
John A. Webb, Jr. (admitted *pro hac vice*)
Illinois Bar No. 6321695
jwebb@bannerwitcoff.com
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: 312-463-5000
Facsimile: 312-463-5001

**ATTORNEYS FOR**
**YETI COOLERS, LLC**

By:  /s/ Bailey K. Harris *(by permission)*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
P. Weston Musselman, Jr.
Texas Bar No. 14749600
musselman@fr.com
Ricardo Joel Bonilla
Bar No. 24082704
rbonilla@fr.com
FISH & RICHARDSON, LLC
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: 214-747-5070
Facsimile: 214-747-2091

Bailey K. Harris
Texas Bar No. 24083139
bharris@fr.com
FISH & RICHARDSON, LLC
1221 McKinney St., Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

**ATTORNEYS FOR GAMETIME**
**SIDEKICKS, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 11, 2018, I caused the foregoing document to be electronically filed with the Clerk of the court pursuant to the Electronic Filing Procedures and using the CM/ECF system, and that a true and correct electronic copy was thereby caused to be served on Defendant by and through Defendant's counsel of record.


/s/ John A. Webb, Jr.
FOR YETI COOLERS, LLC