IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:17-CV-413-RP |
| GAMETIME SIDEKICKS, LLC, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Dkt. 39). The parties stipulate to dismissal with prejudice of all claims, counterclaims, and defenses in this case. (*Id.* at 1). The parties further stipulate that each party shall bear its own costs and attorneys' fees. (*Id.*). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

The Court therefore **ORDERS** the Clerk of Court to **CLOSE** this action.

**SIGNED** on October 3, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE